**Seyfarth**

Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York 10018

T (212) 218-5500
F (212) 218-5526

lcannon@seyfarth.com
T (212) 218-5618

www.seyfarth.com

October 18, 2022

**VIA ECF**

Honorable Judge John G. Koeltl
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re:   Toro v. Hy-Vee, Inc., Case No.: 1:22-cv-07228-JGK

Dear Judge Koeltl:

*Application granted.*
*So ordered.*
*/s/ G/Koeltl*
*U.S.D.J.*
*10/18/22*

This firm represents Defendant Hy-Vee, Inc. ("Defendant") in the above-referenced matter. We have conferred with Plaintiff's counsel and write, with Plaintiff's concurrence, to request a 30-day extension of Defendant's time to move, answer, or otherwise respond to the Complaint.

Defendant executed a waiver of service on August 26, 2022, which was filed with the Court on September 8, 2022. (ECF No. 5) As a result, Defendant's current deadline to respond to the Complaint is October 24, 2022.

Defendant respectfully requests that the deadline for Defendant to move, answer, or otherwise respond to the Complaint be extended for 30 days through November 23, 2022 so as to allow Defendant time to investigate Plaintiff's claims and the Parties an opportunity to explore a potential non-litigated resolution of this matter. Plaintiff's counsel has consented to this extension. This is Defendant's first request for an extension of this deadline. The requested relief will not affect any other scheduled dates.

This application is being made in good faith and not to cause undue delay. We thank the Court for its time and attention to this matter, and for its consideration of this application.

68026479v.1