**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JASMINE TORO, on behalf of herself
and all others similarly situated,

                 Plaintiffs,
       -against-

HY-VEE, INC.

              Defendant.

Case No.  1:22-cv-7228

**NOTICE OF VOLUNTARY**
**DISMISSAL**
**WITH PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against Defendant HY-VEE, INC.,

shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without

costs, or disbursements, or attorneys' fees to any party.

      Dated:     Queens, New York
                 March 3, 2023

                                   Respectfully Submitted,

                                   /s/ Mars Khaimov

                                   Mars Khaimov, Esq.
                                   MARS KHAIMOV LAW, PLLC
                                   108-26 64th Avenue, Second Floor
                                   Forest Hills, New York 11375
                                   Tel: (929) 324-0717
                                   Fax: (929) 333-7774
                                   Email: mars@khaimovlaw.com

                                   *Attorneys for Plaintiff*